ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND                                    COURT OF APPEALS

                        \*     OF MARYLAND

         Petitioner,

                        \*     Misc. Docket AG

v.

                        \*     No. 13

EDWARD DORSEY ELLIS ROLLINS, III

                        \*     September Term, 2019

         Respondent.

                        \*

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Edward Dorsey Ellis Rollins, III, to suspend the Respondent from the practice of law for 60-days for violating Rule 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct. The Court having considered the Petition, and the record herein, it is this <u>21st</u> day of <u>August</u>, 2019;

ORDERED, by the Court of Appeals of Maryland, that, effective September 1, 2019, the Respondent, Edward Dorsey Ellis Rollins, III, be suspended from the practice of law in the State of Maryland for 60-days; and it is further

ORDERED, that on September 1, 2019, the Clerk of this Court shall strike the name of Edward Dorsey Ellis Rollins, III from the registry of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk